(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



FILED
MAY 07 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

__TONYA MARIE MANNINA__

(Name of Plaintiff or Plaintiffs)

v.

Civ. Action No. __18-693__
(To be assigned by Clerk's Office)

__SAFEWAY Company__

(Name of Defendant or Defendants)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at __2342 TAGGART COURT__
   (Street Address)
   __Wilmington__, __NEW CASTLE COUNTY__ __DELAWARE__, __19810__
   (City)           (County)         (State)     (Zip Code)
   _____. **Attach additional sheets if more than one Plaintiff.**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __2522 Foulk Road__
   (Street Address)
   __Wilmington__, __NEW CASTLE COUNTY__ __DELAWARE__, __19810__.(
   (City)           (County)         (State)     (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

*[Handwritten note at top:]* Please note that I was aware of and complied with the 180 day deadline in regards to filing a complaint w/ the EEOC. But, THE EEOC STATES that they will consider Harassment/Discrimination prior to the 180 day deadline, if it is relevant. THE EEOC STATES that this IS THEIR ONLY EXCEPTION. My complaint fits this criteria with NO Question.

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's **SAFEWAY** place of business (Defendant's Name) located at **2522 FOULK ROAD** (Street Address) **Wilmington, NEWCASTLE, DE, 19810** (City) (County) (State) (Zip Code).

*[Left margin note for #5-6:]* 7.1.17 was the isolated date that I was Harassed AND Discriminated Against as a result of me Breaking my finger on 6·28·17. (This was NOT AT WORK so it is A NON workman's comp issue. So, 7·1·17 was a Result of my Temporary Physical Disability. However, MY Harassment, abuse, as a result of my Permanent Mental Disability (I have been diagnosed with Bi-polar Disorder) (JAN. 2006), started almost immediately from the day that I started working there (2.19.17). It was continuous and ongoing. The Abuse as a result of being forced

5. The alleged discriminatory acts occurred on **1, July, 2017** (Day) (Month) (Year) (THE FINAL Discriminatory Act 7·1·17)

6. The alleged discriminatory practice ☐ is  ☐ is not  **WAS** continuing. **& ongoing the entire TIME I WAS EMPLOYED BY SAFEWAY, By the Defendant, At the HANDS OF MY Immediate Supervisor Julie Fields,**

7. On **NON-APPLICABLE** (Day) (Month) (Year), Plaintiff filed charges with the Department of Labor of the State of Delaware: **NON-APPLICABLE** (Agency) (Street Address) (City) (County) (State) (Zip Code), regarding defendant's alleged discriminatory conduct.

8. On **Prior to 12/27/17, 2017** (Day) (Month) (Year), Plaintiff filed charges with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct. **At 3:38 PM on 12/27/2017, I received A call from the EEOC to follow up on the receipt of my Submitted Formal Complaint. This phone call was scheduled for and took place on 1/8/18**

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: **16, Feb, 2018** (Day) (Month) (Year).

(**NOTE:** ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10. The alleged discriminatory acts, in this suit, concern:

   A. ☐ Failure to employ plaintiff.
   B. ☐ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: _____.
   C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: _____
   D. ☒ Other acts (please specify): **I was harassed/discriminated against, verbally, mentally & emotionally abused from the day I started working @ Safeway. I was belittled, felt awkward, alienated, screamed @, humiliated in front of other employees, insulted, called a terrible employee, etc.**

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

*[Bottom right continuation:]* to come back to work A.S.A.P., or lose my job, w/ a Broken finger, then Harassed + screamed @, was the Final Straw on 7·1·17

2

\* Please note that the Plaintiff is listing such relief that may be appropriate, but are un-decided @ this time as I am seeking council a.s.a.p and I believe that she/he will have a better knowledge of what relief may be appropriate.

   A. ☐ Plaintiff's race
   B. ☐ Plaintiff's color
   C. ☐ Plaintiff's sex
   D. ☐ Plaintiff's religion
   E. ☐ Plaintiff's national origin
   F. ☐ Plaintiff's age
   G. ☒ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

Please Note THAT I HAVE INCLUDED ONLY THE Documents Relevant To filing this complaint.

(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.) \* I HAVE NOT INCLUDED ALL OF the Documents SENT TO EEOC until NEEDED.

Punative DAMAGES AS A RESULT OF ALL OF THE HORRible times/places when I was SUBJECTED TO, SUCH MALiCOUSly AND MEANEss, compromised my MENTAL + Emotional HEALTH + QUALITY OF life,

THEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

Compensative Damages due to Pain + Suffering, emotional Distress, and the ongoing mental distress AS A RESULT OF this 14 month Nightmare, My Set-BACKS cannot even begin to move towards a healthier state until this unjustice is rectified.

   A. ☐ Injunctive relief (specify what you want the Court to order): MENTAL + Emotional HEALTH + QUALITY OF life
   B. ☒ Back pay. PUNATIVE DAMAGES (considering BACK PAY, WAGES AND SALARY, Pre
   C. ☐ Reinstatement to former position.  OR POst interest, Front
   D. ☒ Monetary damages in the amount of T.B.D. PAY, compensating AND PUNATIVE DAMAGES
   E. ☐ That the Court appoint legal counsel.
   F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
   G. ☒ Other (specify): MEDICAL EXPENSES / Prescription EXPENSES, COMPENSATION FOR THE TIME LOST working ON THIS COMPLAINT Money LOST, • HOURS UNAVAILABLE FOR ME TO ①Pursue WORK ②Other many Personal responsibilities that I have had to Ignore ③lead a normal, or as close to normal as POSSIBLE, life, due to working on this complaint for 10 months so far.

I/We declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-30-18

_Tonya Marie Mannina_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

3