**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**TONYA MARIA MANNINA**

**Plaintiff,**

**v.**

**SAFEWAY COMPANY,**

**Defendant.**

**Case No. 1:18-cv-00693-RGA**

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Safeway Inc. (hereinafter, "Defendant") (incorrectly identified above as "Safeway Company"), by and through its undersigned attorney, move for an order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5). Defendant respectfully submits that such relief is warranted for the reasons set forth in the accompanying memorandum of points and authorities, which is incorporated herein by reference.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    */s/ Dean J. Shauger*
Dean Shauger, Bar No. 6204
1735 Market Street, Suite 3000
Philadelphia, PA  19103
Telephone:  215-995-2800
Facsimile:  215-995-2801
*dean.shauger@ogletreedeakins.com*

Dated:  January 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of

Court on this 30th day of January, 2019, with a copy served by United States mail, postage prepaid

to:

Tonya Maria Mannina, *pro se*
c/o Natalie Ann Watson
2319 Taggart Court
Wilmington, DE 19810

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:     */s/ Dean J. Shauger*
Dean Shauger, Bar No. 6204
1735 Market Street, Suite 3000
Philadelphia, PA  19103
Telephone:  215-995-2800
Facsimile:  215-995-2801
*dean.shauger@ogletreedeakins.com*

*Attorney for Defendant*

37218404.1